In the Matter of the Application of GEORGE W. BRIDGMAN and Others, Appellants, for a Mandamus Order against LESLIE V. BATEMAN, as Mayor, and Others, Constituting the Board of Estimate and Contract of the City of Mount Vernon, Respondents.— Order denying motion for order of mandamus, commanding

---

* Decision amended on Jan. 7, 1935. See *post*, 606.

respondents, as mayor, and others, constituting the board of estimate and contract of the city of Mount Vernon, to revoke certain resolutions adopted by the board of estimate and contract reducing salaries of policemen and firemen, unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.